1  Gerald N. Sims (Cal. Bar No. 99133)
   Michael Y. MacKinnon (Cal. Bar No. 80353)
2  PYLE SIMS DUNCAN & STEVENSON
   A Professional Corporation
3  401 "B" Street, Suite 1500
   San Diego, CA 92101
4  jerrys@psdslaw.com
   Telephone: (619) 687-5200
5
   Attorneys for Defendants MARTY A. DURAN,
6  PATRICIA M. DURAN, AND THE DURAN FAMILY TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LAUREL GREENSTEIN,<br><br>    Debtor.<br><br>LAUREL GREENSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; ROGER LIPKIS; STEVEN WOLVEK; DEAN REEVES; MARISOL NAGATA; ROBERT LITTLE; ROBERT BAILEY; JOHN STUMPF; ROBERT LINDAMAN; MARTY A. DURAN; PATRICIA M. DURAN; THE DURAN FAMILY TRUST; DOES 1 THROUGH 10,<br><br>    Defendants. | Bankruptcy Case No. 1:12-bk-15099-MB<br><br>Adv. Proc. No. 1:15-01220<br><br>DEFENDANTS MARTY A. DURAN, PATRICIA M. DURAN, AND THE DURAN FAMILY TRUST'S MOTION TO DISMISS AND NOTICE OF JOINDER IN MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Hearing<br>Date:  To Be Set<br>Time:  To Be Set<br>Courtroom: 303<br>Location:  21041 Burbank Blvd., Suite 342<br>              Woodland Hills, CA 91367 |

Defendants Marty A. Duran, Patricia M. Duran, and the Duran Family Trust (collectively "Duran") hereby move the Court to Dismiss the First Amended Complaint and join in the Motion of Defendants Wells Fargo Bank, N.A., Dean Reeves, Robert Little, Robert Bailey, and John Stumpf to Dismiss the First Amended Complaint filed by Plaintiff ("Wells Fargo Bank Motion"). In support, Duran states as follows:

1

**I.**

**PLAINTIFF FAILED TO STATE A CLAIM FOR QUIET TITLE AGAINST DURAN**

In the whole of the 65 pages of the First Amended Complaint, Duran is mentioned three times: in the caption, at page 8 and at page 63. The only fact alleged as to Duran is that Duran purchased the property from Defendant Wells Fargo Bank, N.A. While the First Amended Complaint is far from clear, the only claim conceivably directed to Duran is the Quiet Title claim. However, the allegations in the Quiet Title claim are not directed at Duran but against "unknown Defendants." (First Amended Complaint ¶¶ 122-123.) In the Quiet Title claim, Plaintiff fails to allege the current state of title, the interests of record and the parties holding those interests. Thus, among other deficiencies, Plaintiff has not alleged "[t]he adverse claims to the title of the plaintiff against which a determination is sought." Cal. Code Civ. Proc. § 761.020(c). Moreover, the Quiet Title claim fails as a matter of law because it is not verified as required by California Code of Civil Procedure § 761.020. As a result, as to Defendants Duran, Plaintiff has failed "to state a claim upon which relief can be granted." Fed. R. Civ. Proc. 12(b)(6); Fed. R. Bankr. Proc. 7012. Moreover, any claim of Plaintiff with regard to the subject property rests entirely upon the remainder of the claims alleged against the other defendants.

**II.**

**JOINDER IN WELLS FARGO BANK MOTION**

The allegations of the First Amended Complaint are directed against Defendant Wells Fargo Bank and its professionals. Duran hereby joins in the Motion of Defendants Wells Fargo Bank, N.A., Dean Reeves, Robert Little, Robert Bailey, and John Stumpf to Dismiss the First Amended Complaint filed by Plaintiff. Plaintiff's claims that she has an interest in the subject property all flow from the claims she alleges against Wells Fargo Bank. Lacking any cognizable claim against Wells Fargo Bank, Plaintiff has no claim against Duran.

**III.**

**CONCLUSION**

For the reasons set forth herein and in the Wells Fargo Motion, Duran submits that Plaintiff has failed to state any claim against Duran, that as a result of all of the prior rulings adverse to

Plaintiff with respect to the facts alleged in the First Amended Complaint, all of Plaintiff's claims are barred by the doctrines of res judicata and collateral estoppel, the alleged conduct of Defendants is protected by the litigation privilege, and the First Amended Complaint fails to state sufficient facts to state a claim.

Defendants Marty A. Duran, Patricia M. Duran, and the Duran Family Trust submit that the First Amended Complaint must be dismissed without leave to amend.

Dated:  March 21, 2015

PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation


By: /s/ Gerald N. Sims
    Gerald N. Sims, Attorneys for Defendants,
    MARTY A. DURAN, PATRICIA M. DURAN,
    AND THE DURAN FAMILY TRUST

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 401 B Street, Suite 1500, San Diego, CA 92101.

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT MARTY A. DURAN, PATRICIA M. DURAN, AND THE DURAN FAMILY TRUST'S MOTION TO DISMISS AND NOTICE OF JOINDER IN MOTION TO DISMISS FIRST AMENDED COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 21, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Toriana S Holmes    tsh@severson.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Steven A Wolvek    steve@wolveklaw.com
- Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.epiqsystems.com

**2. SERVED BY UNITED STATES MAIL**:
On   March 21, 2016             I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

Laurel Greenstein    (Plaintiff in Pro Per)
17639 Sherman Way Ste A-35
Van Nuys, CA 91406

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 21, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342 / Ctrm 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/16 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**